# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763(87)

HEATHER LYNN HANNAY,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.
_____/

SC: 146763
COA: 307616
Court of Claims: 09-000116-MZ

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a late amicus curiae brief is GRANTED. The amicus brief received on August 26, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2014         

                                        Clerk